Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00325-CV

**IN RE** Brian **GLENN**

Original Proceeding[1]

PER CURIAM

Sitting: Karen Angelini, Justice
    Phylis J. Speedlin, Justice
    Steven C. Hilbig, Justice

Delivered and Filed: May 18, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On May 9, 2011, relator filed a petition for writ of mandamus and a motion for emergency stay. Relator complains the trial court erred in granting a motion to compel arbitration. However, mandamus will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy at law. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). We disagree with relator's contention that under *In re Gulf Exploration, LLC*, mandamus review in this case is appropriate. 289 S.W.3d 836, 843 (Tex. 2009). Mandamus review of an order compelling arbitration is generally unavailable because a relator

---

[1] This proceeding arises out of Cause No. 2010-CI-13903, styled *Brian J. Glenn v. Valero Energy Corp., et al.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding. However, the order complained of was signed by the Honorable Peter Sakai, presiding judge of 225th Judicial District Court, Bexar County, Texas.

can rarely establish it lacks an adequate remedy by appeal. *Id.* We conclude relator failed to establish he lacks an adequate remedy by appeal. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM